# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIN CHO,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>TRENDWEST RESORTS, INC., SITKA MORELLI, and DOES 1-100, inclusive,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 05CV2226 IEG (POR)<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT**<br><br>(Doc. No. 15.) |

　　　On August 21, 2006 defendants in the above entitled matter filed a motion for transfer of venue to the Central District of California. On September 11, 2006, plaintiff filed a notice of non opposition to the motion for transfer of venue. (Doc. No. 16.)

　　　Good cause appearing, the Court **GRANTS** defendants' motion for transfer to the Central District.

**IT IS SO ORDERED**.

**DATED: September 13, 2006**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**